**Jose Abel TORRES–RUIZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72228.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Kevin A. Bove, Esq., Escondido, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Genevieve Holm, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Petitioner.

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

MEMORANDUM **

Petitioner's motion to accept his late-filed supplemental motion for stay of removal and voluntary departure is granted.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

**Aida Irene Jiminez MUNOZ; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72459.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Aida Irene Jiminez Munoz, Long Beach, CA, pro se.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Benjamin Jiminez Munoz, Long Beach, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, Norah Ascoli Schwarz, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Saul E. Greenstein, U.S. Department of Justice Civil Division, Washington, D.C., for Respondent.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

### MEMORANDUM **

The Clerk shall file petitioners' opposition to the motion to dismiss, received September 25, 2006.

We have reviewed the opposition to the motion to dismiss this petition for review for lack of jurisdiction, and we conclude that petitioner Aida Irene Jimenez Muñoz has failed to raise a colorable legal or constitutional claim to invoke our jurisdiction over her petition for review. *See Torres–Aguilar v. INS*, 246 F.3d 1267, 1271 (9th Cir.2001). Respondent's motion to dismiss this petition for review for lack of jurisdiction is granted with respect to petitioner Aida Irene Jimenez Muñoz. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir. 2003).

We conclude that summary disposition is appropriate with respect to petitioner Benjamin Jimenez Muñoz because the ques-

tions raised by this petition for review with respect to him are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The agency granted petitioner Benjamin Jimenez Muñoz the only relief he requested, voluntary departure. Accordingly, this petition for review is denied with respect to petitioner Benjamin Jimenez Muñoz.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DISMISSED IN PART, DENIED IN PART.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.